**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7393**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

JAMES THOMAS HANCOCK,

          Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:06-cr-00206-CCE-2)

Submitted: February 24, 2022                Decided: March 1, 2022

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Thomas Hancock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Thomas Hancock appeals the district court's order denying his renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review, we conclude that the district court did not abuse its discretion in denying Hancock's motion. *See United States v. Kibble*, 992 F.3d 326, 329-30 (4th Cir.) (providing standard), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*